In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of Rosedale Avenue, etc., and St. Lawrence Avenue between Westchester Avenue and West Farms Road, in the Twenty-fourth Ward, Borough of The Bronx, City of New York, etc. ˙ (Morris Kushner.)

CLARENCE C. FERRIS, Appellant.

Appeal from an order directing the cancellation of a notice of lien filed in the office of the comptroller of the city of New York against awards made in condemnation proceedings.

PER CURIAM: The order is reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs, on the authority of *Carlisle* v. *Barnes, No. 1* (102 App. Div. 573; appeal dismissed, 183 N. Y. 567) and *Ransom* v. *Cutting* (112 App. Div. 150; affd., 188 N. Y. 447). Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.; McLaughlin and Smith, JJ., dissented.

McLAUGHLIN, J. (dissenting): I dissent on the authority of *McCoy* v. *Gas Engine & Power Co.* (152 App. Div. 642; affd., 208 N. Y. 631). The attorney agreed, in effect, that he would pay the respondent's fees and other disbursements. Smith, J., concurred.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.